

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                  01-14-01030-CV

Style:                         Tarris Woods

                               **v.** Sandra T. Kenner and Charles E. Twymon, Jr.

Date motion filed[*]:          March 26, 2015

Type of motion:               Motion to Abate and Remand for the Execution of Findings of Fact and Conclusions of Law

Party filing motion:          Appellant

Document to be filed:

Is appeal accelerated?    No

If motion to extend time:
    Original due date:
    Number of previous extensions granted:                    Current Due date:
    Date Requested:

Ordered that motion is:

☐      Granted

      If document is to be filed, document due:

      ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

☒      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

☐      Other: _____

    The clerk's record includes "Findings of Fact" and Conclusions of Law" signed by the trial court and filed on December 22, 2014. *See* TEX. R. CIV. P. 297; *see also Vickery v. Comm'n for Lawyer Discipline*, 5 S.W.3d 241, 253 (Tex. App.—Houston [14th Dist.] 1999, pet. denied) (citing *Grossnickle v. Grossnickle*, 935 S.W.2d 830, 837 n.1 (Tex. App.—Texarkana 1996, writ denied)) (recognizing practice of prevailing party submitting proposed findings of fact).

Judge's signature:   _/s/ Terry Jennings_
          ☑ Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date:  April 7, 2015